

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2020

No. 04-19-00642-CV & 04-19-00795-CV

David **RODRIGUEZ**,
Appellant

v.

Richard R. **STORM** Jr.; Law office of Shelton & Valadez; Mark A. Giltner; William Tate; and Stephen Martinez; H-E-B, Jointly and Severally William Tate, Jointly and Severally and as employee of H-E-B L.P., Stephen Martinez Jointly and Severally and as employee of H-E-B L.P., Meredith Reid as employee of H-E-B L.P, Jointly and Severally, Debra Ann Godoy as employee of H-E-B L.P. et al.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-13590 & 2019CI16263
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

Pending before the court is appellant's constitutional recusal inquiry. In the event appellant seeks to disqualify a justice of this court, he must file a motion in compliance with TEX. R. APP. P. 16.3.[1] *See F.S. New Products, Inc. v. Strong Indus., Inc.*, 129 S.W.3d 594, 597 (Tex. App.—Houston [1st Dist.] 2003, no pet.); *McCullough v. Kitzman*, 50 S.W.3d 87, 88 (Tex. App.—Waco 2001, pet. denied);

---

[1] We note Justice Alvarez is not related in any degree to Judge Mary Lou Alvarez and Justice Chapa is not related in any degree to Judge Cynthia Marie Chapa.

It is so **ORDERED** on April 16, 2020.

**PER CURIAM**

ATTESTED TO:

_____
Michael A. Cruz,
Clerk of Court